# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

|  |  |
|---|---|
| INTERACTIVE MUSIC TECHNOLOGY, LLC, a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ROLAND CORPORATION U.S., a Delaware corporation; OPEN LABS, INC., a Texas corporation; YAMAHA CORPORATION OF AMERICA, a California corporation, and DOES 1 through 10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 6:07-CV-282-LED-JDL<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISCLOSURE OF INFRINGEMENT CONTENTIONS

Plaintiff Interactive Music Technology, LLC ("IMT") hereby notifies the Court that its Infringement Contentions required by P.R. 3-1 and the accompanying document production required by P.R. 3-2 were served on Defendants Roland Corporation U.S., Open Labs, Inc., and Yamaha Corporation of America on November 21, 2007.

Dated:  November 21, 2007                  Respectfully submitted,

                                           */s/ Jennifer Parker Ainsworth*_____
                                           JENNIFER PARKER AINSWORTH
                                              State Bar No. 00784720
                                              email: jainsworth@wilsonlawfirm.com
                                           **WILSON, ROBERTSON & CORNELIUS, P.C.**
                                           One American Center
                                           909 ESE Loop 323, Suite 400
                                           Tyler, Texas 75701
                                           903-509-5000 (telephone)
                                           903-509-5092 (facsimile)

                                           RONALD P. OINES
                                              California Bar No. 145016
                                              Admitted to Eastern District of Texas
                                              email: roines@rutan.com
                                           HANI SAYED
                                              California Bar No. 224233
                                              Admitted to Eastern District of Texas
                                              email: hsayed@rutan.com
                                           NATALIE M. GOWIN
                                              California Bar No. 234324
                                              email: ngowin@rutan.com
                                           **RUTAN & TUCKER, LLP**
                                           611 Anton Boulevard, 14th Floor
                                           Costa Mesa, CA 92626
                                           714-641-5100 (telephone)
                                           714-546-9035 (facsimile)

                                           ATTORNEYS FOR PLAINTIFF INTERACTIVE
                                           MUSIC TECHNOLOGY, LLC

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 21st day of November, 2007

                                           */s/ Jennifer Parker Ainsworth*_____
                                           Jennifer Parker Ainsworth

-2-