UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INTERACTIVE MUSIC TECHNOLOGY, LLC §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>ROLAND CORPORATION U.S., ET AL. §<br>§<br>Defendants. §<br>§<br>§<br>§ | CASE NO. 6:07-CV-282 LED JDL<br>PATENT CASE<br><br>Hon. Leonard E. Davis<br>Magistrate John D. Love |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES PURSUANT
TO RULE 26 AND COURT'S DISCOVERY ORDER**

Plaintiff Interactive Music Technology, LLC ("IMT"), hereby notifies the Court that its Initial Disclosures Pursuant to Rule 26 and Court's Discovery Order were served on Defendants Roland Corporation U.S., Open Labs, Inc., and Yamaha Corporation of America on December 20, 2007.

DATED: December 20, 2007

Respectfully submitted,

/s/ Ronald P. Oines
RONALD P. OINES
  California Bar No. 145016
  Admitted to Eastern District of Texas
  email: roines@rutan.com
HANI SAYED
  California Bar No. 224233
  Admitted to Eastern District of Texas
  email: hsayed@rutan.com
NATALIE M. GOWIN
  California Bar No. 234324
  email: ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
714-641-5100 (telephone)
714-546-9035 (facsimile)

JENNIFER PARKER AINSWORTH
Texas Bar No. 00784720
email: jainsworth@wilsonlawfirm.com
**WILSON, SHEEHY, KNOWLES, ROBERTSON & CORNELIUS, P.C.**
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
903-509-5000 (telephone)
903-509-5092 (facsimile)

ATTORNEYS FOR PLAINTIFF INTERACTIVE MUSIC TECHNOLOGY, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 20th day of December, 2007.

/s/ Ronald P. Oines
RONALD P. OINES